UNITED STATES DISTRICT COURT
FOR THE RHODE ISLAND DISTRICT

| | |
|---|---|
| Vinicio Lopez,<br>Plaintiff<br><br>v.<br><br>Rhode Island Country Club<br>Defendant | Civil Action No.<br><br>CA 07 257 ML |

COMPLAINT

1. The above-named plaintiff, former employee of defendant Rhode Island Country Club, brings this action to recover unpaid overtime compensation, liquidated damages, attorney's fees, and costs, under the provisions of Section 16(b) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C.A. § 216(b)), hereinafter referred to as the Act.

2. Jurisdiction of this action is conferred on this Court by Section 16(b) of 29 U.S.C.A. § 216(b), and by the provisions of 28 U.S.C.A. § 1337, relating to "any civil action or proceeding arising under any Act of Congress regulating commerce."

3. Plaintiff is a resident of the City of Barrington, State of Rhode Island.

4. Defendant Rhode Island Country Club ("RICC") is a corporation duly organized and existing under the laws of the State of Rhode Island, having its principal office and place of business located in the City of Barrington, State of Rhode Island, within the territorial jurisdiction of this Court, and, at the times hereinafter mentioned, defendant employed plaintiff.

5. At the times hereinafter mentioned, defendant RICC was engaged in the business of providing golf and other facilities to members and guests and is an employer within the meaning of the Act.

6. Beginning on or about May 22, 1995, defendant employed plaintiff until plaintiff's termination in 2007. During the period of plaintiff's employment, plaintiff was engaged in ordering, receiving, and utilizing materials purchased by defendant RICC that had moved in interstate commerce, and in maintaining facilities that were used to host professional golf tournaments and other events in interstate commerce within the meaning of §§ 3(b), 3(i), 3(j), 6(a), and 7(a) of the Act (29 U.S.C.A. § 203(b), 203(i), 203(j), 206(a), 207(a)).

7. During the period stated above, defendant employed plaintiff for longer than 40 hours per week, and knowingly failed and refused to compensate plaintiff for such work in excess of 40 hours at rates not less than one and one-half times the regular rate at which plaintiff was employed, contrary to the provisions of § 7(a) of the Act (29 U.S.C.A. § 207(a)).

8. During the period stated above, defendant's failure and refusal to compensate plaintiff for hours in excess of 40 hours was in violation to the provisions of Rhode Island General Laws § 28-12-4.1.

9. The records concerning the number of excess hours worked by plaintiff, and compensation he received in workweeks in which excess hours were worked, are in the exclusive possession and under the sole custody and control of defendant, and plaintiff is unable to state at this time the exact amount owed to him.

WHEREFORE, plaintiff prays he be awarded compensatory damages, liquidated damages, attorneys fees, interest and costs.

JURY TRIAL

Plaintiff demands a jury trial.

Respectfully submitted,

VINICIO LOPEZ,
By his attorneys

William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100 (telephone)
(401) 824-5123) (facsimile)