"Pannone"

(5)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

VINICIO LOPEZ

V.

RHODE ISLAND COUNTRY CLUB

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 257 ML

TO: (Name and address of Defendant)

Rhode Island Country Club
c/o Sandra Martone Mack, Esq.
1500 Fleet Center
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLP
1800 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE July 5, 2007

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/6/07 |
| NAME OF SERVER *(PRINT)* MICHAEL DEFALCO | TITLE CONSTABLE #6044 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☑ Other (specify): CHERYL PETERSON (FOR SANDRA MATRONE MACK) AGENT FOR SERVICE

X [signature]

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 45— |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/6/07
Date

Michael DeFalco
Signature of Server

35 Waveland St. Johnston, RI 02919
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.