UNITED STATES DISTRICT COURT
FOR THE RHODE ISLAND DISTRICT

| | | |
|---|---|---|
| Vinicio Lopez,<br>Plaintiff<br><br>v.<br><br>Rhode Island Country Club<br>Defendant | } | Civil Action No. 07-257 ML |

NOTICE OF CHANGE OF ADDRESS

Please be advised of new address for William E. O'Gara, Esq.

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02903
401-824-5100 (telephone)
401-824-5123 (facsimile)

Respectfully submitted,
PLAINTIFF

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Ste. 301
Providence, RI 02908
401-824-5100 (telephone)
401-824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that I have electronically filed the above document on the 16th day of August, 2007.

Notice will be electronically mailed to:

Sandra Matrone Mack, Esq.
1500 Fleet Center
Providence, RI 02903

/s/ William E. O'Gara