UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINICIO LOPEZ | : | |
| | : | |
| VS | : | C.A. NO. 07-257ML |
| | : | |
| RHODE ISLAND COUNTRY CLUB | : | |
| | : | |

**ANSWER OF DEFENDANT**
**RHODE ISLAND COUNTRY CLUB**

Defendant, Rhode Island County Club ("RICC"), responds to Plaintiff's Complaint and states as follows:

1. Paragraph 1 asserts legal conclusions to which no response is necessary.

2. Paragraph 2 asserts legal conclusions to which no response is necessary.

3. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, except states that Defendant's business records indicate that Plaintiff is a resident of Barrington, Rhode Island.

4. Admitted, except state that RICC has its principal office and place of business within the Town of Barrington.

5. Defendant admits that it is engaged in the business of providing golf and other facilities to members and guests, but states that the remaining allegations of Paragraph 5 asserts legal conclusions to which no response is necessary

6. Defendant admits the first sentence of Paragraph 6 but states that the remaining allegations of Paragraph 6 asserts legal conclusions to which no response is necessary.

7. Denied.

8. Denied.

9. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint, and therefore denies same.

**First Affirmative Defense**

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**

Plaintiff was a supervisor/manager as defined by the Fair Labor Standards Act.

Wherefore, Defendant respectfully requests that the Court:

(a) dismiss Plaintiff's Complaint in its entirety, with prejudice;

(b) deny each demand and prayer for relied contained in the Complaint;

(c) award Defendant costs and reasonable attorneys fees; and

(d) grant such other and further relief as the Court deems just and proper.

/s/Joseph D. Whelan
Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
jwhelan@haslaw.com

Dated: August 27, 2007

## CERTIFICATION

To:

William E. O'Gara
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

I hereby certify that on August 27, 2007, a copy of the foregoing Answer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph D. Whelan

823597v1