UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINICIO LOPEZ | : | |
| | : | |
| VS | : | C.A. NO. 07-257ML |
| | : | |
| RHODE ISLAND COUNTRY CLUB | : | |

**RULE 68 OFFER OF JUDGMENT**

Defendant Rhode Island Country Club hereby offers to allow judgment to be entered in favor of Plaintiff Vinicio Lopez in the amount of Twenty Thousand Nine Hundred Sixty-six Dollars ($20,966) plus costs and reasonable attorneys' fees as determined by the Court, in accordance with the provisions of Fed.R.Civ.P. Rule 68.

Respectfully submitted,

RHODE ISLAND COUNTRY CLUB

By its attorneys,

_/s/ Joseph D. Whelan____________________

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
jwhelan@haslaw.com

Dated: February 1, 2008

**CERTIFICATE OF SERVICE**

To:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908

I hereby certify that on February 1, 2008, a copy of the foregoing Rule 68 Offer of Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph D. Whelan
Joseph D. Whelan

867898v1 (006073/14517)