UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINICIO LOPEZ,<br>Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 07-257 ML |
| | : | |
| RHODE ISLAND COUNTRY CLUB<br>Defendant | : | |

**NOTICE OF APPEARANCE**

I, Meghan E. Siket, hereby submit my notice of appearance as counsel for Defendant, Rhode Island Country Club.

Meghan E. Siket (#7676)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: March 27, 2008

**CERTIFICATE OF SERVICE**

I, Meghan E. Siket, hereby certify that on this 27th day of March 2008, I served a true and accurate copy of the foregoing document by first-class mail, postage pre-paid upon:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908

Meghan E Siket
Meghan E. Siket