UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINICIO LOPEZ<br>Plaintiff | : | |
| vs. | : | C.A. No. 07-257 ML |
| RHODE ISLAND COUNTRY CLUB<br>Defendant | : | |

JOINT MOTION TO EXTEND TIME

The parties request that the discovery closure date and pretrial dates be extended by sixty days (60). The proposed discovery closure date is August 22, 2008 and the date for filing dispositive motions would be September 5, 2008. The proposed due date for the pretrial memoranda would be September 22, 2008.

PLAINTIFF

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
Telephone: (401) 824-5100
Facsimile: (401) 824-5123

DEFENDANT

/s/ Joseph D. Whelan
Joseph D. Whelan, Esq. (# 5694)
Meghan E. Siket, Esq. (#7676)
Hinckley Allen Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600